IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                    )
                                     )    2:09-cv-02556-GEB-GGH
          Plaintiff,                 )
                                     )    ORDER RE: SETTLEMENT
          v.                         )    AND DISPOSITION
                                     )
KING-YU LEE,                         )
                                     )
          Defendant.                 )
_____)

          On December 31, 2009 Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and a dispositional document "will be filed within (30) calendar days." Therefore, a dispositional document shall be filed no later than February 1, 2010.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

          The status conference scheduled for January 19, 2010 is continued to commence at 9:00 a.m. on March 1, 2010, in the event that no dispositional document is filed, or if this action is not

otherwise dismissed.  Further, a joint status report shall be filed
fourteen days prior to the status conference.[1]

            IT IS SO ORDERED.

Dated:  January 5, 2010

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

[1]      The status conference will remain on calendar, because
the mere representation that a case is settled does not justify
discontinuance of calendering a scheduling proceeding.  Cf. Callie
v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a
representation that claims have been settled does not necessarily
establish the existence of a binding settlement agreement).